**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6206

MARK A. GRETHEN,

Plaintiff - Appellant,

v.

HAROLD W. CLARKE, VDOC Director; GENE M. JOHNSON, former
VDOC Director; JOHN JABE, former VDOC Deputy Director; N.H.
SCOTT, VDOC Deputy Director; LOUIS B. CEI, Operation/Special
Programs Manager/Faith Review Committee Chair; ARNOLD DAVID
ROBINSON, Chief Corrections Operations; LINDA B. SHEAR, VDOC
Dietitian; MARK ENGELKE, Director of Food Services; G.
ROBINSON, VDOC Ombudsman Services Manager; GEORGE M. HINKLE,
Greensville Warden; BENJAMIN A. WRIGHT, Greensville Warden;
TRACY RAY, Greensville Warden; D. BOEHM, Greensville Warden;
DANA Y. KINSLEY, Greensville Grievance Office; D. MOTLEY,
Greensville Grievance Office; KAY L. WHITEHEAD, Greensville
Grievance Office; SHIRLEY TAPP, Greensville Grievance
Office; SGT. FUTRELL, Greensville Property Officer; MS.
BLACKWELL, Greensville Property Officer; S.A. LAWRENCE,
Inmate Hearing Officer; JOHN/JANE DOE; BINWI MFONYAM,
Counselor; DUANE L. TAYLOR, Lieutenant; JAMES R. CAMACHE,
VDOC Deputy Director of Community Corrections; R. H.
WILLIAMS, Unit Manager; A. DAVID ROBINSON, SSG; JOHN/JANE
DOE, at ERO who failed to complete Level II intake review;
CANTEEN CORRECTIONAL SERVICES, INC.; RONALD ABERNATHY;
BENJAMIN KWEKU ELLIS; EDWARD WILLIAM GOLD, MD; VINCENT MYRON
GORE, MD; LEVESTER THOMPSON, MD; NURSE BRILEY, LPN; HARVARD
WILLIAMS STEPHEN, MD; MARK AMONETTE; FREDERICK SCHILLING;
ELIZABETH SHAW, RN; STACY TAYLOR, RN; PRISON HEALTH
SERVICES, INC./CORIZON HEALTH, INC.; ARMOR CORRECTIONAL
MEDICAL, INC.; VALERIE M. WASHINGTON; RODNEY W. YOUNCE;
MARLA GRAFF DECKER, Public Safety Secretariat,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, Chief District Judge. (2:13-cv-00416-RBS-DEM)

Submitted: October 31, 2016          Decided: January 5, 2017

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark A. Grethen, Appellant Pro Se. John Michael Parsons, Assistant Attorney General, Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia; Elizabeth Martin Muldowney, RAWLS, MCNELIS & MITCHELL, PC, Richmond, Virginia; Lloyd Lee Byrd, Margaret Frances Hardy, Justin Wright Ward, SANDS ANDERSON, PC, Richmond, Virginia; Ruth Griggs, WIMBISH GENTILE MCCRAY & ROEBER, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark A. Grethen appeals the district court's orders denying his motions for the appointment of counsel, granting a motion for sanctions and dismissing his 42 U.S.C. § 1983 (2012) complaint, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Grethen v. Clarke, No. 2:13-cv-00416-RBS-DEM (E.D. Va. Nov. 24, 2015 & Feb. 11, 2016). We deny Grethen's motion for the appointment of counsel as well as his motions for a transfer to Augusta Correctional Center and his motion regarding the storage of his legal materials. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED